IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. DNCW3:06CR120 |
| ) | (Financial Litigation Unit) |
| JAMES CLAUDE BRANHAM, ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| FLOW CHEVROLET LLC, ) | |
| Garnishee. ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment as to Flow Chevrolet LLC filed in this case on October 29, 2008, against the defendant James Claude Branham is DISMISSED.

**SO ORDERED**.

Signed: March 30, 2009

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge